# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: J.C., A CHILD UNDER THE AGE OF EIGHTEEN YEARS.

No. 80176

THE STATE OF NEVADA,
                    Appellant,

vs.

J.C.,
                    Respondent.

FILED

JAN 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____Pickering_____, C.J.

cc:     Hon. James E. Wilson, District Judge
        Attorney General/Carson City
        Carson City District Attorney
        Allison W. Joffee
        Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-01042